FLORIDA CENTRAL & PENINSULAR RAILROAD CO. *v.* USINA, adm'x.

SIMMONS, C. J. There was no material error in any of the charges complained of, nor in the admission or exclusion of evidence. While the evidence was conflicting, there was some to sustain the verdict; and the trial judge being satisfied therewith, this court will not interfere with his discretion in refusing a new trial. *Judgment affirmed. All the Justices concur.*

Argued March 10, — Decided March 25, 1905. Rehearing denied May 10, 1905.

Complaint. Before Judge Norwood. City court of Savannah. August 27, 1904.

*Adams & Adams* and *Davis Freeman*, for plaintiff in error. *Saussy & Saussy*, contra.